# United States District Court
## for the
## Southern District of Illinois

| | |
|---|---|
| TONY J. CERENTANO, ) | |
| ) | |
| Plaintiff, ) | Case Number: 12-cv-0153-MJR-SCW |
| ) | |
| v. ) | |
| ) | |
| UMWA HEALTH AND ) | |
| RETIREMENT FUNDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated April 10, 2013, judgment is hereby entered in favor of Defendant, UMWA Health and Retirement Funds, and against Plaintiff Tony J. Cerentano.

Dated: April 10, 2013

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: s/Michael J. Reagan
Michael J. Reagan, U.S. District Judge